PER CURIAM.
Affirmed on the authority of United States v. Burke, 495 F.2d 1226 (5th Cir.1974); United States v. Harper, 460 F.2d 705 (5th Cir.1972); United States v. Prieto-Olivas, 419 F.2d 149 (5th Cir. 1969); Williams v. State, Fla.1975, 316 So.2d 267; Hernandez v. State, Fla.App.1975, 323 So.2d 318; Ballard v. State, Fla.App.1975, 323 So.2d 297; Borders v. State, Fla.App.1975, 312 So.2d 247; Williams v. State, Fla.App. 1975, 307 So.2d 877; Starling v. State, Fla.App.1972, 263 So.2d 645; Grech v. State, Fla.App.1971, 243 So.2d 216; Patrick v. State, Fla.App.1967, 203 So.2d 62; Pessolano v. State, Fla.App.1964, 166 So.2d 706; and Rules 3.150, 3.151, and 3.152 Florida Rules of Criminal Procedure, 33 F.S.A.